**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**CASE NO.: 3:20-cv-00148-HES-PDB**

**PENNYMAC LOAN SERVICES, LLC,**
a Delaware limited liability company,

       **Plaintiff,**

v.

**BLACK KNIGHT, INC.**, a Delaware
corporation; and DOES 1 through 10,
inclusive

       **Defendants.**
                                                       /

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff PennyMac Loan Services, LLC, pursuant to Rule 41(a)(1)(A)(i), dismisses this action in its entirety without prejudice.

The court in *Black Knight Servicing Technologies, LLC v. PennyMac Loan Services, LLC*, Case No. 2019-CA-007908 (Fla. 4th Jud. Cir. Ct.), recently granted PennyMac's request to compel arbitration of that matter, and PennyMac is initiating the arbitration process. In light of the arbitration, PennyMac is dismissing this action without prejudice for efficiency purposes and will bring the claims raised here as defenses, third party claims, and/or counterclaims in arbitration.

1

On this basis, PennyMac notifies all interested parties that it is dismissing this action without prejudice.

        Respectfully submitted,

        **AKERMAN, LLP**

        */s/ Christian P. George*
        CHRISTIAN P. GEORGE
        Florida Bar No. 41055
        Primary: christian.george@akerman.com
        Secondary: susan.scott@akerman.com
        Secondary: nicole.frierson@akerman.com
        WILLIAM P. HELLER
        Florida Bar No. 987263
        Primary: william.heller@akerman.com
        Secondary: lorraine.corsaro@akerman.com
        LAWRENCE D. SILVERMAN
        Florida Bar Number: 7160
        Primary: lawrence.silverman@akerman.com
        Secondary: wendy.gonzalez@akerman.com
        50 North Laura Street, Suite 3100
        Jacksonville, Florida 32202
        Telephone: (904) 798-3700
        Facsimile: (904) 798-3730

        **GIBSON DUNN & CRUTCHER LLP**

        */s/ Thad A. Davis*
        THAD A. DAVIS (admitted *pro hac vice*)
        tdavis@gibsondunn.com
        555 Mission Street, Suite 3000
        San Francisco, California 94105
        Telephone: (415) 393-8251
        Facsimile: (415) 374-8414
        JOSHUA LIPTON (admitted *pro hac vice*)
        jlipton@gibsondunn.com
        1050 Connecticut Avenue, N.W.
        Washington, DC 20036
        Telephone: (202) 530-9536
        Facsimile: (202) 530-9636
        JAMES L. ZELENAY JR. (admitted *pro hac vice*)
        jzelenay@gibsondunn.com
        333 S. Grand Avenue
        Los Angeles, California 90071
        Telephone: (213) 229-7449
        Facsimile: (213) 229-6449
        *Counsel for PennyMac Loan Services, LLC*

**CERTIFICATE OF SERVICE**

   I hereby certify that, on April 17, 2020, a true and correct copy of the foregoing has been furnished electronically by the CM/ECF system to:

| | |
|---|---|
| Eric M. George<br>Carl Alan Roth<br>Matthew L. Venezia<br>BROWNE GEORGE ROSS LLP<br>2121 Avenue of the Stars, Ste. 2800<br>Los Angeles, CA 90067<br>egeorge@bgrfirm.com<br>croth@bgrfirm.com<br>mvenezia@bgrfirm.com<br>*Counsel for Black Knight, Inc.* | Barry W. Lee<br>Richard E. Gottlieb<br>Yasser M. El-Gamal<br>Reid Davis<br>MANATT, PHELPS & PHILLIPS, LLP<br>11355 W. Olympic Boulevard<br>Los Angeles, CA 90064-1614<br>bwlee@manatt.com<br>rgottlieb@manatt.com<br>yelgamal@manatt.com<br>redavis@manatt.com<br>*Counsel for PennyMac Loan Services, LLC* |
| David Eric Shapland<br>ARNOLD & PORTER KAY SCHOLER LLP<br>777 South Figueroa St., 44th Floor<br>Los Angeles, CA 90017-5844<br>eric.shapland@arnoldporter.com<br>*Counsel for Black Knight, Inc.* | |
| Jonathan I. Gleklen<br>ARNOLD & PORTER KAY SCHOLER LLP<br>601 Massachusetts Avenue NW<br>Washington, DC 20001<br>jonathan.gleklen@arnoldporter.com<br>*Counsel for Black Knight, Inc.* | |

              */s/ Christian P. George*
              Attorney

3