UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**PENNYMAC LOAN SERVICES, LLC,**
a Delaware limited liability company,

    Plaintiff,

v.                                        Case No: 3:20-cv-148-J-20PDB

**BLACK KNIGHT, INC.**, a Delaware
Corporation; and DOES 1 through 10,
Inclusive,

    **Defendants.**
_____/

## ORDER

**THIS CAUSE** is before the Court on the parties' "Joint Motion to Extend all Upcoming Deadlines and Supporting Memorandum of Law" (Dkt. 61) and "Notice of Dismissal without Prejudice" (Dkt. 62). Neither an Answer nor Motion for Summary Judgment has been filed in this matter.

Accordingly, it is hereby **ORDERED**:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is **dismissed without prejudice**, with each party to bear its own fees and costs of court; and

2. The parties' "Joint Motion to Extend all Upcoming Deadlines and Supporting Memorandum of Law" (Dkt. 61) is **DENIED as moot**;

3. The clerk is directed to **CLOSE** this case.

**DONE and ENTERED** at Jacksonville, Florida this 23rd day of April, 2020.

                                              HARVEY E. SCHLESINGER
                                              UNITED STATES DISTRICT JUDGE

**Copies to:**
Barry W. Lee, Esq.
Christian P. George, Esq.

- 2 -

James L. Zelenay, Jr., Esq.
Joshua Lipton, Esq.
Lawrence D. Silverman, Esq.
Reid Davis, Esq.
Richard E. Gottlieb, Esq.
Thad A. Davis, Esq.
William P. Heller, Esq.
Yasser M. El-Gamal, Esq.
James H. Mutchnik, Esq.
Mark C. Holscher, Esq.
Russell Levine, Esq.
Tammy Ann Tsoumas, Esq.
Eric M. George, Esq.
Samuel J. Horovitz, Esq.
Carl A. Roth, Esq.
David E. Shapland, Esq.
Jonathan I. Gleklen, Esq.
Matthew L. Venezia, Esq.